UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J'min Atiba Ward
(full name of the plaintiff/petitioner)

-against-

Orange County;
Craig Brown J.C.C.
(full name(s) of the defendant(s)/respondent(s))

17 CV 09717 (CM) ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

## PRISONER AUTHORIZATION

By signing below, I acknowledge that:

(1) because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2) the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1) send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2) calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

1-17-18
Date

Signature

Ward, J'min, A
Name (Last, First, MI)

2017-01851
Prison Identification #

110 Wells Farm Rd    Goshen    NY    10924
Address              City      State  Zip Code

---

[1] A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).

SDNY Rev. 10/26/16

J'min A Ward - 2017-01851
Orange County Jail
110 Wells Farm Rd.
Goshen, NY 10924

January 22, 2018

Clerk
United States District Court
Southern District of New York
The Daniel Patrick Moynihan United States Courthouse
U.S. Courthouse - 500 Pearl Street
New York, NY 10007

Re: J'min Ward v. Orange County; Craig Brown J.C.C.
       Docket # 17-CV-9717

Dear Sir/Madame:

Enclosed are the IFP application and prisoner authorization forms for the above case and matter.
The claim is on Craig Brown J.C.C. for the intentional violations of Amendments (5), (14), and (8) of the United States Constitution, Article 1 §(11), (6), and (5) of the Constitution of New York, the addition of CPL § 220.10 (5) (a) and § 25.21 "Oath of office" to support both Constitutions. (monetary relief) (Judicial relief)

Respectfully,

(J'min Ward)

Jmin A. Ward - 2017-01851

ORANGE COUNTY JAIL
110 WELLS FARM ROAD
GOSHEN, NEW YORK 10924

LEGAL MAIL

Pro Se
MG

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNIHAN UNITED STATES
COURTHOUSE
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007

CERTIFIED MAIL

U.S. POSTAGE PAID
MONROE, NY
10950
JAN 23, 18
AMOUNT
$3.95
R2304M113709-05

RECEIVED 2018 FEB -5 PM 4:30 CLERK'S OFFICE S.D.N.Y.